IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DARYLE PHINNESSEE,

    Plaintiff,

v.   No. 10-1020

UNITED STATES DRUG ENFORCEMENT
AGENCY,

    Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING AS MOOT PLAINTIFF'S MOTION FOR TEMPORARY STAY OF
ADMINISTRATIVE ORDER
_____

    On April 23, 2010, pursuant to an order of reference, Magistrate Judge Ed Bryant issued a report and recommendation with respect to the February 23, 2010 motion of the Plaintiff, Daryle Phinnessee, for a temporary stay of an administrative order issued by the Defendant, United States Drug Enforcement Agency (D.E. 3).  The magistrate judge advised that the parties had agreed the motion was now moot and recommended it be dismissed.  Accordingly, the report and recommendation is adopted and the motion is DISMISSED as moot.

    IT IS SO ORDERED this 27th day of April 2010.

                                    s/ J. DANIEL BREEN
                                    UNITED STATES DISTRICT JUDGE